CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 1 0 2016

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No. 7:11-cr-00060 |
| v. | ) | |
| | ) | |
| MICHAEL LOVERN GUTHRIE, | ) | |
| | ) | By: Michael F. Urbanski |
| Defendant. | ) | United States District Judge |

## ORDER

Before the court are motions regarding the briefing schedule governing Petitioner Michael Lovern Guthrie's 28 U.S.C. § 2255 case. The United States moves that this case be stayed pending the decision of the United States Supreme Court in <u>Beckles v. United States</u>, No. 15-8544. ECF No. 74. Petitioner initially moved that this case be stayed pending receipt of permission from the Fourth Circuit Court of Appeals allowing Petitioner to file his § 2255 motion. ECF No. 70. After receiving authorization to pursue his § 2255 claim, Petitioner moved that the court allow him until July 28, 2016 to respond to the United States' motion to stay. ECF No. 75. Petitioner then filed a motion opposing to the United States motion to stay, seeking that a briefing schedule be set now. ECF No. 76.

The court **GRANTS** the United States motion, ECF No. 74, to stay this case pending the decision of the Unites States Supreme Court in <u>Beckles v. United States</u>. Petitioner's motion opposing the United States' motion to stay, ECF No. 76, is **DENIED**, and Petitioner's earlier motions, ECF Nos. 70 and 75, are now **MOOT**.

It is so **ORDERED**.

Entered: 08-09-2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge